Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of wood charcoal briquettes similar in all material respects to those the subject of *Britton & Company* v. *United States* (41 Cust. Ct. 64, C.D. 2021), the claim of the plaintiffs was sustained.

**No. 66320.**—Mabel S. Ingalls v. United States, protest 60/29381 (New York).

Opinion by RICHARDSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

BEFORE THE SECOND DIVISION, DECEMBER 28, 1961

**No. 66321.**—Bailey Mora Co., Inc., a/c Vera Lou Importers, Inc. v. United States, protest 59/18789 (El Paso).

Opinion by FORD, J. In accordance with stipulation of counsel that the correct computation of duty at 15 cents per dozen pieces on the merchandise in question would result in an assessment of duty at $8.75, rather than $87.50, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, DECEMBER 28, 1961

**No. 66322.**—Georgia Peanut Co. and W. J. Byrnes & Co. of N.Y., Inc. v. United States, protests 302642–KS and 305135–KS (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiffs was sustained.

**No. 66323.**—Davies Turner & Co. and American Almond Products Co. et al. v. United States, protests 304045–K(C), etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved

in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiffs was sustained.

**No. 66324.**—Wm. A. Hausman Co., Inc. *v.* United States, protests 60/16945, etc. (Seattle).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

DECEMBER 26, 1961

**No. 66325.**—Shelford, Inc., and Wheeler & Miller *v.* United States, protest 284639–K. Protest abandoned November 30, 1961. (Not published.) Plaintiffs' application for rehearing granted.

DECEMBER 26, 1961

**No. 66326.**—SUIT 5032.—United States *v.* Elof Hansson, Inc.—————————A.R.D. 114 reversed December 22, 1960. C.A.D. 771.

BEFORE THE SECOND DIVISION, JANUARY 2, 1962

**No. 66327.**—Alexanders Dept. Store, Inc. *v.* United States, protest 290240–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon wearing apparel similar in use to silk wearing apparel and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, JANUARY 2, 1962

**No. 66328.**—Inter-Maritime Forwarding Co., Inc. *v.* United States, protest 60/21550 (New York).